UNITED STATES COURT FOR DISTRICT OF COLUMBIA
        HAROLD E. McCoy  V  U.S.A. DENIAL OF ACCESS TO COURTS
CLERK,                       IN F.B.I. VERIFIED KIDNAP SCHEME

ENTRY OF FURTHER PROCEEDINGS TO SUPPORT
McCOYS PRIOR COMPLAINT JUST FILED TO THIS
COURT.

RECEIVED

            MOTION TO INCORPORATE        NOV 21 2005
THIS SUBMISSION OF 28 PAGES INTO MY PREVIOUS NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT
SUBMITTED COMPLAINT. IN LAST 2 WEEKS
    THIS IS A STATE SUIT FOR INTENTIONAL INJURY
ON I.D.O.C.'S $1,000 MURDER CONTRACT AND THE
HABEAUS CORPUS THIS COURT RETURNED TO
N.D. U.S. DISTRICT COURT - RETURNED UNFILED
PURSUANT TO 7TH CIRCUIT U.S. COURT OF APPEALS
JUDGE'S $500 RANSOM CONSPIRACY TO DENY ME
ACCESS TO COURTS FOR ANY REASON TO KILL IN
I.D.O.C. FOR THEIR NATIONAL DRUG CONSPIRACY
RACKETEERING IN JUDICIAL TYRANNY.
    IN THE U.S.A. CONSPIRACY AGAINST ME, ON JANUARY
26, 1996 CHIEF JUSTICE REHNQUIST CLOSED MY CASE
WITHOUT ANY APPEALS BEING FILED, SO I WAS NOT
ALLOWED MY 14TH AMENDMENT GUARANTEED 1ST
APPEAL - A 2 CHARGE 2/25/94 39D01-9402-CF-220
CASE NEVER EXISTED ON RECORD (PAPER RECORDS)
IN ANY COURT, SO WHEN THE STATE AND U.S. JUDGES
FALSIFIED THE RECORDS TO KILL ME IN PRISON
I HAD NO ACCESS TO ANY STATE OR U.S. COURT!
    I NEVER HAD A CRIMINAL LAWYER IN CONSPIRACY!
                        Harold E. McCoy    11800