28 pages

# UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

HAROLD E. McCOY
v.

INTERSTATE KIDNAP - HOSTAGE TO KILL VICTIM

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

GEORGE W. BUSH
PRESIDENT OF THE UNITED STATES

MITCHELL E. DANIELS, JR.
INDIANA GOVERNOR

U.S. GOVERNMENT CODES
§ 844.6 (a)
§ 845.4
§ 814

J. DAVID DONAHUE
COMMISSIONER
INDIANA DEPARTMENT OF CORRECTION

CECIL K. DAVIS
WARDEN
INDIANA STATE PRISON

STATES AND GOVERNMENT MAY BE SUED FOR INTENTIONAL UNJUSTIFIABLE INTERFERENCE WITH THE RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF CONFINEMENT

ED BUSS
WARDEN
INDIANA STATE PRISON

EVAN BAYH
UNITED STATES SENATOR

NO RECORD OF 2 CHARGES FILED ON 2/25/94 IN CASE 39D01-9402-CF-220'S
1 CHARGE OF INTERCOURSE 6/23/94 IND C.R.-4 SPEEDY TRIAL DISMISSAL OF CASE.

TERRANCE T. EVANS
CHIEF JUSTICE
7TH CIRCUIT U.S. COURT OF APPEALS

MEADOWBROOK
CHIEF JUDGE
7TH CIRCUIT U.S. COURT OF APPEALS

RIPPLE
CHIEF JUDGE
7TH CIRCUIT U.S. COURT OF APPEALS

INTENTIONAL DENIAL OF ACCESS TO COURT IN INTENTIONAL UNJUSTIFIABLE INTERFERENCE WITH McCOY'S RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF HIS CRIMINAL CONFINEMENT IN INDIANA'S INTERSTATE ARMED KIDNAPPING - RANSOM - HOSTAGE TO MURDER IN I.D.O.C. ON A 7 DAY FALSE CHARGE BY INDIANA OFFICIALS IN THE U.S.A. GOVERNMENT DRUG RACKETEERING CONSPIRACY.

Harold E. McCoy                                    EX 1