Case 1:05-cv-02293-UNA   Document 4-3   Filed 11/21/2005   Page 1

RECEIVED AND
RETURNED UNFILED
NOV 9 - 2005
U.S. COURT OF APPEALS
SEVENTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE 7TH CIRCUIT

NOVEMBER 04, 2005

HAROLD E. McCOY
INTERSTATE KIDNAPPING RANSOM
KIDNAP VICTIM

V

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

MITCHELL E. DANIELS, JR.
INDIANA GOVERNOR

NOTICE TO COURT:

IN THE P.L.R.A. NATIONAL
CONSPIRACY TO DENY KIDNAP
VICTIMS ACCESS TO COURT, I
CAN NOT OBTAIN OR MAKE
COPIES — NO PEN — NO PAPER
NO FREE LEGAL POSTAGE.

TERRANCE T. EVANS
CHIEF JUDGE
7TH CIRCUIT UNITED STATES COURT OF APPEALS

MEADOWBROOK
CHIEF JUDGE
7TH CIRCUIT U.S. COURT OF APPEALS

RIPPLE
CHIEF JUDGE
7TH CIRCUIT COURT OF APPEALS

2ND OR SUCCESSIVE
28 U.S.C. § 2254 PETITION FOR HABEAUS CORPUS
AND REMOVE THE $500 KIDNAPPING RANSOM AS A FINE!
7 DAY CHARGE NEVER LITIGATED - NO ACCESS TO COURT-
IN RE: NEWLY DISCOVERED EVIDENCE LAW
JUDICIAL TYRANNY CONSPIRACY

IN NOVEMBER 2004, DAY 22, I, HAROLD E. McCOY, PETITIONER FILED A STATE AND FEDERAL FREEDOM OF INFORMATION ACT / PRIVACY ACT REQUEST (F.O.I.P.A.) #987959 - F.B.I. - I.D. #80920453 FOR COPY OF THE RECORDS OF FALSEFICATION THIS COURT UPHELD AS TRUTH. ON JANUARY 26, 2005 THE U.S. DEPT. OF JUSTICE CRIMINAL DIV. SENT ME A COPY OF MY F.B.I. RECORDS THAT CLEARLY SHOWS MY INTERSTATE ARMED KIDNAPPING - RANSOM - HOSTAGE BY INDIANA AND U.S. COURT JUDGES FROM JACKSON, KENTUCKY ON A FALSE 7 DAY CHARGE AND SENT ME A COPY OF 18 U.S.C. § 1201 KIDNAPPING LAWS. THIS COURT IS ALSO A VICTIM OF STATE-U.S. JUDGE PERJURY AND FALSE STATEMENTS AND OBSTRUCTION OF JUSTICE WHICH ON 10/28/05 PRESIDENT G. W. BUSH CONDEMNED ON TV.

Harold E. McCoy
11/04/05

[Left margin notation:] C.J. ROBERT L. MILLER, JR. SENT ME THIS PAPER IN HIS DISMISSAL OF MY HABEAUS CORPUS PETITION ON UNCHALLENGED NEW FBI - U.S. DEPT. OF JUSTICE INFORMATION RECEIVED BY ME ON 2/04/2006.

[Right margin notation:] NOTICE! ON 9/19/05 ISP STATE'S HIRED INMATE ASSASSIN MIKE FULTZ #935731 - DE-217 ATTACKED ME UNPROVOKED AND ISSUED A $1,000 MURDER CONTRACT ON ME - SERIOUS BODY INJURIES TREATED AT HOSP. - CAPT. LUBBS, LT. McGEE, SGT. McGAW, C/O BOOTS & PUGH ALL GAVE FULTZ A BLOOD KILL McCOY CONTRACT.
EX 2

UNITED STATES COURT OF FEDERAL CLAIMS No. 05-120 L
ATTENTION U.S. JUDGE VICTOR J. WOLSKI   EXHIBIT A

# UNITED STATES OF AMERICA
## STATE OF INDIANA   FEBRUARY 4, 2005

**INTERSTATE ARMED KIDNAPPING-RANSOM-HOSTAGE-MURDER-EXTRA-JUDICIAL CONSPIRACY AGAINST HAROLD E. McCOY**

**VERIFIED MOTION FOR RELEASE FROM KIDNAP HOSTAGE CUSTODY**
— MOTION FOR DISCOVERY 7 DAY FALSE CHARGE RECORDS —

IN INTENTIONAL OBSTRUCTION OF JUSTICE INDIANA OFFICIALS INTENTIONALLY WITHHELD CRITICAL INFORMATION FROM THE F.B.I. AND HAROLD E. McCOY FOR OVER 11 YEARS THAT CLEARLY SHOWS McCOY'S KIDNAPPING FROM KENTUCKY ON A 7 DAY FALSE CHARGE IN CONSPIRACY TO MURDER HIM IN I.D.O.C.!

PURSUANT TO McCOY'S F.O.I.A. AND PRIVACY ACT REQUEST #987959, ON JANUARY 26, 2005 THE F.B.I. UPDATED ITS RECORDS TO SHOW:

F.B.I. RECORDS

F.B.I.-Id.#80920453-HAROLD EDWARD McCOY-SS# 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

" APRIL 5, 1995 - NO SCARS - NO MARKS - NO TATTOOS "
7 DAY FALSE CHARGE INDIANA USED TO KIDNAP McCOY FROM KENTUCKY
(KY00546580) 03/17/1994 CHARGE 1-RAPE-INDIANA-FUGITIVE DISMISSED 03/24/1994
(IN032035C) 02/25/1994 CHARGE 1-INTERCOURSE-INDIANA DISMISSED 06/23/1994 - CASE 39D01-9402-CF-220

I.D.O.C. STAFF DID EVERYTHING THEY COULD TO PREVENT McCOY FROM OBTAINING HIS F.B.I. RECORDS, INCLUDING TRASHING HIS F.B.I. DOCUMENTS IN CONSPIRACY TO HOLD HIM HOSTAGE TO MURDER IN I.D.O.C.!

McCOY'S BROKEN BODY IS NOW FULL OF SCARS AND MARKS FROM I.D.O.C. STAFF MURDER ATTEMPTS, AND IS HIS EVIDENCE!

Reverend Harold E. McCoy 2/4/05

FILED JUN 06 2005
Martha Joe Shelby
CLERK JEFFERSON SUPERIOR COURT

# UNITED STATES DISTRICT COURT
## 28 U.S.C. § 2254 PETITION FOR HABEAUS CORPUS
### STATE OF INDIANA    MAY 13, 2005

# CRIMES AGAINST HUMANITY

## INTERSTATE ARMED KIDNAPPING-RANSOM-HOSTAGE-MURDER EXTRA-JUDICIAL CONSPIRACY AGAINST REVEREND HAROLD E. McCOY

IN INTENTIONAL I.C. 35-44-4-3(a)(1)(A) OBSTRUCTION OF JUSTICE - CLASS A FELONY - INDIANA OFFICIALS INTENTIONALLY WITHELD CRITICAL INFORMATION FROM HAROLD E. McCOY AND THE F.B.I. FOR OVER 11 YEARS THAT **CLEARLY SHOWS** McCOY'S KIDNAPPING FROM KENTUCKY IN CONSPIRACY TO MURDER HIM IN I.D.O.C. WITH "NO EVIDENCE".

PURSUANT TO McCOY'S F.O.I.A. AND PRIVACY ACT REQUEST #987959, ON JANUARY 26, 2005 THE F.B.I. UPDATED THEIR RECORDS:

F.B.I.-Id #80920453 - HAROLD E. McCOY - SS# 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

APRIL 5, 1995 - NO SCARS - NO MARKS - NO TATTOOS

7 DAY FALSE CHARGE INDIANA USED TO KIDNAP McCOY FROM KENTUCKY
(KY00546580) 1994/03/17 CHARGE 1 - RAPE - INDIANA - FUGITIVE DISMISSED 1994/03/24
(IN032035C) 1994/02/25 CHARGE 1 - INTERCOURSE - INDIANA DISMISSED 1994/06/23 - CASE 39D01-9402-CF-220

MY BROKEN BODY IS NOW FULL OF SCARS AND MARKS FROM I.D.O.C. STAFF MURDER ATTEMPTS, AND IS MY EVIDENCE.

THIS HABEAUS CORPUS MUST BE GRANTED TO RELEASE McCOY FROM STATE KIDNAP HOSTAGE CUSTODY.

*Reverend Harold E. McCoy*

# STATE OF INDIANA
## INTERSTATE KIDNAPPING-RANSOM-HOSTAGE 05-35528
## MURDER EXTRA-JUDICIAL CONSPIRACY
### AGAINST HAROLD E. McCOY    WITH EXHIBIT A
### RECIEVED FEBRUARY 4, 2005    B AND C

INDIANA OFFICIALS INTENTIONALLY WITHHELD CRITICAL INFORMATION FROM HAROLD E. McCOY AND THE F.B.I. THAT CLEARLY SHOWS McCOYS KIDNAPPING FROM KENTUCKY FOR OVER 11 YEARS IN CONSPIRACY TO MURDER HIM IN I.D.O.C.!

PURSUANT TO McCOYS' F.O.I.A. AND PRIVACY ACT REQUEST #987959, ON JANUARY 26, 2005 THE F.B.I. UPDATED THEIR RECORDS:

**F.B.I. RECORDS**

F.B.I.-Id.#809204S3-HAROLD EDWARD McCOY-SS#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

" * APRIL 5, 1995 - NO SCARS - NO MARKS - NO TATTOOS "

7 DAY FALSE CHARGE INDIANA USED TO KIDNAP McCOY FROM KENTUCKY (KY00546580) 1994/03/17 CHARGE 1-RAPE-INDIANA-FUGITIVE DISMISSED 1994/03/24

(IN032035C) 1994/02/25 CHARGE 1-INTERCOURSE-INDIANA DISMISSED 1994/06/23 - CASE 39D01-9402-CF-220

I.D.O.C. STAFF DID EVERYTHING THEY COULD TO PREVENT MY OBTAINING MY F.B.I. RECORDS, INCLUDING TRASHING MY F.B.I. DOCUMENTS IN CONSPIRACY TO HOLD ME HOSTAGE TO KILL IN I.D.O.C.!

* MY BROKEN BODY IS NOW FULL OF SCARS AND MARKS FROM I.D.O.C. STAFF MURDER ATTEMPTS, AND MY "EVIDENCE".

THIS IS I.C. 35-44-4-3(a)(1)(A) OBSTRUCTION OF JUSTICE-CLASS A FELONY TO INTENTIONALLY WITHHOLD OR DELAY PRODUCING ANY DOCUMENT OR THING IN AN OFFICIAL PROCEEDING. LOCKHART v STATE, (IND App 1996), 671 NE2d 893; PENLEY v STATE, (IND App 2000), 734 NE2d 287.

GOVERNOR MITCH DANIELS MUST BE PROSECUTED! *Rev. Harold E. McCoy*

PROCEEDINGS SUPPLEMENTAL   NINTH CIRCUIT 05-35528
VERIFIED MOTION FOR A DENOVO REVIEW

DE-NOVO - A HEARING BY A TRIBUNAL IN WHICH THE ORIGINAL VERDICT IS SET ASIDE AND A NEW HEARING IS HELD AS IF THE CASE ORIGINATED IN THE TRIBUNAL.

THE "STATE" INTENTIONALLY ENGAGED IN CRIMINAL AND IMPROPER MISCONDUCT WHICH IS CLEARLY REPUGNANT TO A SENSE OF JUSTICE FOR MALICIOUS PROSECUTIONS TO FILL THE **PRISONS FOR PROFIT** WITH UNCHARGED PERSONS AND FALSE ARRESTS ON WHOLLY FALSE STATEMENTS AND EXAGGERATED FACTS IN VIOLATIONS OF THE **18 U.S.C § 1001** FALSE STATEMENT LAWS.

THERE IS NO EXCEPTIONS FOR LAW ENFORCEMENT OFFICIALS/JUDGES WHO OBSTRUCT JUSTICE FOR THE PRISONS FOR PROFIT NATIONAL CONSPIRACY BY OUR U.S.A. GOVERNMENTS DRUG RACKETEERING.

AN ACCUSED CHALLENGING THE VERACITY OF STATEMENTS IN A SUPPORTING AFFIDAVIT TO OBTAIN A WARRANT IS DULY ENTITLED TO AN EVIDENTIARY HEARING PURSUANT TO **I.C. 35-34-1-5(a)** TO DETERMINE WHETHER THE WARRANT WAS ISSUED IN RELIANCE ON A DELIBERATELY OR RECKLESSLY FALSE AFFIDAVIT.

DUE PROCESS RULINGS SUCH AS **GIGLIO v U.S. 145 U.S. 150 (1972)** AND STATUTES SUCH AS THE **JENCKS ACT, 18 U.S.C. § 3500** U.S. CONGRESS CRIMINALIZED CERTAIN CONDUCT WITHIN THE CLASS OFFERING PERJURY AS AN EXAMPLE. THE REMEDY IS THE UNCONDITIONAL RELEASE OF PETITIONER. **18 U.S.C § 201(C)(2)**

READ BACK OF PAGE ↓

NOVEMBER    4   , 2005       [signature] Harold E. McCoy
MONTH      DAY    YEAR       SIGNATURE

## AFFIDAVIT OF SERVICE

Copies SENT to U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA 42 USC§ 1985(2)(3), § 1986 Conspiracy Complaint on G.W. Bush, 7th Cir. U.S. Court of Appeals Judges Listed with Clerk to INTERSTATE KIDNAP-RANSOM-HOSTAGE TO MURDER Harold E. McCoy by using [PERJURY], [FALSEFICATION OF STATE AND FEDERAL RECORDS], [OBSTRUCTION OF JUSTICE], AND UNPROVOKED MURDER ATTEMPTS THE COURTS UPHOLD IN CONSPIRACY.

I.A.G. STEVE CARTER AND 355 18 USC§ 1201 KIDNAPPING PRINCIPLES ARE SUED FOR $500 BILLION AND 42 COUNTS OF FELONY ACTS UPON McCOY.

U.S. GOVERNMENT CODES § 844.6(a), 845.4, § 814 ALLOW "STATES AND GOVERNMENT MAY BE SUED FOR INTENTIONAL UNJUSTIFIABLE INTERFERENCE WITH THE RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF CONFINEMENT."

THE 7TH CIRCUIT U.S. JUDGES, IN CONSPIRACY WITH U.S. SUPREME COURT C.J. WILLIAM H. REHNQUIST INTENTIONALLY UNJUSTIFIABLY INTERFERED WITH McCOYS RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF HIS KIDNAPPING-RANSOM-HOSTAGE TO MURDER IN IDOC CONFINEMENT, BY THE $500 RANSOM AS A "FINE" FOR BEING KIDNAPPED AND ALIVE IN ISR/PCF-D/S STAFF'S UNPROVOKED MURDER ATTEMPT BY HIRED INMATE SHAWN MORRIS 2000-00-1647 HABEAS PET. FOR PRISON REVIEW OF SANCTION WITH NO OFFENSE! 7TH CIR. U.S. CT. APP. ISSUED $500 RANSOM FINE TO DENY A KIDNAP VICTIM ACCESS TO COURT.

Copy to U.S. Attorney Patrick Fitzgerald - Spec. Pros for Lewis Scooter Libby - G.W. Bush, U.S. Atty Gen., etc.

Harold E. McCoy
11/04/05