UNITED STATES OF AMERICA
CONSTITUTION 1ST AMENDMENT
STATE AND FEDERAL CONSPIRACY   9TH CIR. CT. APP.
PETITION FOR HABEAUS CORPUS

RJN/GW
6/16/05

I, HAROLD E. McCOY, AS PETITIONER IN THIS 42 U.S.C. § 1985(2)(3), AND 28 U.S.C. § 2254 ACTION, DO NOW STATE AND TESTIFY THAT DUE TO THE ILLEGAL ***PRISONS FOR PROFIT*** CONSPIRACY*** AGAINST A SPECIFIC ***CLASS OF PERSONS*** (PRISONERS AND INDIGENTS) TO DEPRIVE THEM OF *** THE EQUAL PROTECTION OF THE LAWS *** AND OF *** EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAWS IN CONSPIRACY TO OBSTRUCT THE **DUE COURSE OF JUSTICE** IN STATE COURTS AND ALL U.S. COURTS TO DENY THEM ACCESS FOR THE U.S. CONSTITUTIONALLY MANDATED COMPULSORY *** REDRESS OF GRIEVANCES ***!

42 U.S.C. § 1983 IS A *SHAM* BECAUSE OF D.O.C. AND U.S. JUDGES CONSPIRATORALLY ERECTING EXCESSIVE BARRIERS FOR *PRISONERS AND STAFF* TRYING TO VINDICATE *CORRUPT PRISON STAFFS* WILLFUL* DEPRIVATIONS* OF *COMPULSORY* CONSTITUTION RIGHTS.

IN 1996, IN FURTHER CONSPIRACY AGAINST PRISONERS, IN LEWIS v CASEY, (U.S. ARIZ 1996), 518 U.S. 343, 116 S.CT. 2174, 135 L.Ed.2d 606, THE CORRUPT U.S. JUDGES HELD, TO WIT:

"*IN THE "PRISONS FOR PROFIT" SCHEME IT IS LEGAL AND PERFECTLY CONSTITUTIONAL FOR PRISON STAFF TO TOTALLY "DENY" INMATES *ACCESS TO COURTS* TO PURSUE THEIR GRIEVANCES"

Reiw Harold E. McCoy

EX 3

FILED
IN CLERKS OFFICE

OCT - 3 2005

STATE OF INDIANA
TORT CLAIM

IN THE SUPERIOR COURT OF LAPORTE COUNTY

CAUSE NO. _____

HAROLD E. McCOY     v    INDIANA STATE PRISON STAFF,
PLAINTIFF/VICTIM,        CECIL K. DAVIS
                         ARAMARK FOOD SERVICES
AUGUST 9, 2005           ODELL
                         RITCHIE
                         RAY ORR, DEFENDANTS.
                         DOCTOR MICHAE MITCHEFF

ON JUNE 28, 2005 M. MARCH PHILLIPS, DD PULLED HALF OF MY UPPER TEETH AND ON JULY 1, 2005 PULLED THE REST OF MY UPPER TEETH

ON JUNE 28, 2005 M. MARCH PHILLIPS, DD ORDERED A "SOFT FOODS" 2000 CALORIE DIET FROM 6/28/05 TO 9/28/05. ARAMARK FOOD SERVICES SENT ME ONLY "HARD FOODS", ROTTEN APPLES, ROTTEN ORANGES, RAW VEGETABLES, BAKED CHICKEN QUARTERS, LETTUCE/CABBAGE SALAD, ETC. THE ONLY "SOFT FOOD" THEY SENT WAS A ½ CUP APPLESAUCE.

ON JULY 14, 2005 M. MARCH PHILLIPS ORDERED THE "SOFT FOODS" DIET STOPPED BECAUSE FOOD SERVICE WAS LITERALLY STARVING ME TO DEATH INTENTIONALLY IN I.S.P. SUPERINTENDENT CECIL K. DAVIS/IDOC MURDER CONTRACT AND CONSPIRACY AGAINST ME TO PROTECT I.S.P.- I.D.O.C. DRUG AND TOBACCO RACKETEERING AND CRIMINAL CONFINEMENT OF ME IN INDIANA'S INTERSTATE KIDNAPPING RANSOM - HOSTAGE - MURDER CONSPIRACY AGAINST ME.

TODAY ARAMARK FOOD SERVICES IS STILL SENDING ME 1000 CAL. HARD FOODS DIET TRAYS TO STARVE ME.

# STATE OF INDIANA
## SUIT FOR INJURY BY INTENTIONAL TORTURE

**FILED CLERKS OFFICE OCT - 3 2005**

CLERK OF LA PORTE SUPERIOR COURT NO. 4

| ISP STAFF | LIST OF PARTIES | ISP INMATES |
|---|---|---|
| CECIL K. DAVIS | ED BUSS | MIKE FULTZ |
| CAROL FISCH | J. CADWELL | RICK ORMAN |
| WILLIAM WILSON | KYLE MOORE | RHONE |
| GIL PETERS | BARRY NOTHSTINE | WILSON |
| DOCTOR MICHAEL MITCHEFF | | DRAE HARRIS |
| LPN CHRISTENDEN | DOUG AYRES | HARRIS |
| CAPTAIN CARNEGYE | SGT. MATTHEWS | C. SEYFRIED |
| LT. H. YANCEY | MS. D. JONES | TYLER FERRELL |
| LT. D. WALLS | MS. D. ABRAMS | CHRIS WATKINS |
| LT. SPRINGER | CLARENCE DAVIS | PHINZEY |
| C/O TIBBLE | B. LEONARD | "SHOTGUN" |
| SGT. MCCANN | J. COSSICN | JOHN JOHN |
| C/O BOOTZ | RUWERSMA | SHAWN MOORE |
| C/O PEEK | C/O HOLLINGS | |
| C/O WISE | | |
| C/O KIM MOORE | | |
| C/O GABBARD | | |
| DE-UTM-WILSON | | |
| MS. D. WARD-BOHAN | | |
| PSYCH-MURPHY | | |
| LT. SHINER | ARAMARK FOOD SERVICES | |
| RITCHEY | | |
| ODELL | JUDGE PAUL J. BALDONI | |
| RAY ORR | | |

NOTICE: HAROLD E. McCOY RESERVES THE RIGHT TO ADD TO THIS LIST OF PARTIES AS HE FINDS OUT NAMES.

I DO NOT KNOW THE DIETICIAN WHO HAS NEVER TALKED TO ANYONE TO SET UP SPECIAL THERAPUTIC DIETS.

Harold E. McCoy

STATE OF INDIANA
WITNESS AFFIDAVIT

FILED
IN CLERKS OFFICE
OCT - 3 2005

SEPTEMBER 19, 2005 - 3:30 P.M.
BY DANNY W. HOGSTON #128501

Comes now inmate DANNY W. HOGSTON who now testifies under penalty of I.C. 35-44-2-1 perjury that I witnessed inmate RICK ORMAN AND MIKE FULTZ laughing and talking with MIKE MYERS in his DE-105 cell about FULTZ beating HAROLD McCOY while he was in the shower taking a shower.

I saw SGT. McCANN, BOOTZ, AND A WHITE HAT talking and laughing as they watched MIKE FULTZ go into the DE-R1 shower and close the shower door as his signal that he was beating up McCOY at approximately 3:18 P.M. on SEPTEMBER 19, 2005.

I.S.P. STAFF intentionally placed MIKE FULTZ in cell DE-114 for the specific purpose to "KILL" McCOY for reporting DE STAFFS TOBACCO USE IN DE AND FELONY ASSAULTS ON ME AND OTHERS.

At approximately 3:22 P.M. MIKE FULTZ ran out of the shower to RICK ORMAN at MIKE MYERS CELL and McCOY came out and shouted in verbatim to SGT. McCANN, AND BOOTZ, "THAT INMATE JUST BEAT ME UP IN THE SHOWER FOR NO REASON" and pointed at MIKE FULTZ.

When SGT. McCANN ordered MIKE to come into the cage and cuff up, he refused, but finally went in and cuffed up.

MIKE FULTZ then issued a $1,000 MURDER CONTRACT ON McCOY: "RICK, I'LL GIVE YOU A $1,000 TO STAB McCOY, OR STAFF OR ANYONE TO KILL McCOY" "I HAVE THE MONEY FROM THIS BEATING OF HIM" I CERTIFY THIS IS TRUE AND ACCURATE.

SEPTEMBER 19, 2005                    Danny Hogston

I.C. 34-13-3-6 TORT CLAIM
STATE OF INDIANA
CRIMES AGAINST HUMANITY
INTERSTATE ARMED KIDNAPPING - RANSOM - HOSTAGE
MURDER EXTRA-JUDICIAL CONSPIRACY AGAINST
HAROLD E. McCOY

FILED IN CLERKS OFFICE
OCT - 3 2005
CLERK OF LAPORTE SUPERIOR COURT NO. 4

VERIFIED MOTION FOR RELEASE FROM KIDNAP HOSTAGE CUSTODY

INDIANA DRUG AND TOBACCO RACKETEERING

1. INDIANA OFFICIALS INTENTIONALLY WITHHELD CRITICAL INFORMATION FROM HAROLD E. McCOY AND THE F.B.I. FOR OVER 11 YEARS THAT CLEARLY SHOWS McCOYS KIDNAPPING FROM JACKSON, KENTUCKY.

2. PURSUANT TO McCOYS F.O.I.A./PRIVACY ACT REQUEST #987959, ON JANUARY 26, 2005 THE F.B.I. INVESTIGATED AND UPDATED ITS

F.B.I. RECORDS

F.B.I.-Id #80920453 - HAROLD E. McCOY - SS# 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

I.D.O.C. AND F.B.I. RECORD - APRIL 5, 1995 - No SCARS - No MARKS

"7 DAY FALSE CHARGE INDIANA USED TO KIDNAP McCOY FROM KENTUCKY"

(KY00546580) MARCH 17, 1994 - CHARGE 1 - RAPE - INDIANA FUGITIVE

DISMISSED MARCH 23, 1994    NOTICE: INDIANA HAS NO RECORD OF THE FUGITIVE CHARGE AS KY ST. POLICE ARLIS NOBLE WROTE IT ON THE 7 DAY WARRANT IN JACKSON KY, etc IN INDIANA/KENTUCKY DRUG CONSPIRACY

(IN032035C) FEBRUARY 25, 1994 - CHARGE 1 - INTERCOURSE - INDIANA

DISMISSED JUNE 23, 1994 - CASE 39D01-9402-CF-220

QUESTION

WHERE ARE THE 2 CHARGES OF CHILD MOLESTING FILED ON 2/25/94 IN CASE 39D01-9402-CF-220 IDOC FALSIFIED?

I.D.O.C./I.S.P. DRUG/TOBACCO RACKETEERING

WHY AM I FORCED TO BREATHE 2ND HAND TOBACCO AND MARIJUANA SMOKE IN ISP ALL-DE-415 A NON-SMOKING DRUG FREE PRISON? [CONDUCT REPORT ISP05-01-0119]

THIS CONDUCT REPORT PROVES LAPORTE JUDGE PAUL J. BALDONI etc. IS IN CONSPIRACY WITH IDOC-ISP RACKETEERING ($431 million TAX FREE REVENUE A YEAR) Harold E. McCoy