# UNITED STATES OF AMERICA
# STATE OF INDIANA
# NOTICE OF INTENT

FILED
IN CLERKS OFFICE
OCT - 3 2005

| REVEREND HAROLD E. McCOY | U.S.A., INDIANA OFFICIALS, F.B.I., C.I.A. |
| --- | --- |
| KIDNAP-HOSTAGE TO KILL VICTIM | CRIMES AGAINST HUMANITY, |
| AUGUST 17, 2005 | GENOCIDE, DRUG/TOBACCO/MURDER |
| WITHOUT PREJUDICE | RACKETEERING/DEFENDANTS. |

## STATE CRIMINAL CONFINEMENT

1. COMES NOW VICTIM HAROLD E. McCOY, PRO-SE, HEREIN SUBMITS HIS NOTICE OF INTENT TO FILE SUIT UPON U.S.A. AND INDIANA OFFICIALS.

2. "THE STATES AND GOVERNMENT MAY BE SUED FOR INTENTIONAL UNJUSTIFIABLE INTERFERENCE WITH THE RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF CONFINEMENT. (U.S.C. §§§ 844.6(a), 845.4, 814)"

3. HAROLD E. McCOY'S #80920453 F.B.I. RECORDS CONFIRM THAT HIS CONFINEMENT IS ILLEGAL AS PART OF INDIANA OFFICIALS INTERSTATE ARMED KIDNAPPING OF HIM ON A 7 DAY FALSE CHARGE.

4. STATE-U.S.A. OFFICIALS FALSEFICATION OF RECORDS TO CONFINE A PERSON WITHOUT CHARGES BY A COURT AND DENIALS OF DUE PROCESS IS ACTIONABLE IN ALL STATE AND U.S. COURTS TO WHICH HAROLD E. McCOY HAS NO ACCESS AT ALL IN THE U.S.A. CONSPIRACY.

5. #80920453 F.B.I. RECORDS
"7 DAY FALSE CHARGE INDIANA USED TO KIDNAP McCOY FROM KENTUCKY"
(KY00546580) MARCH 17, 1994 - CHARGE 1 - RAPE - INDIANA - FUGITIVE
DISMISSED MARCH 24, 1994

6. NOTICE: INDIANA HAS NO RECORD OF THE FUGITIVE CHARGE SINCE KY. ST. POLICE ARLIS NOBLE WROTE IT ON THE 7 DAY FALSE WARRANT IN JACKSON, KENTUCKY IN FRONT OF McCOY IN THE 2 STATES DRUG CONSPIRACY.

7. RECORDS THE STATE FALSEFIED
(IN0320350) FEBRUARY 25, 1994 - CHARGE 1 - INTERCOURSE - INDIANA
DISMISSED JUNE 23, 1994 - CASE 39D01-9402-CF-220

8. WHERE ARE I.D.O.C.'S 2/25/94-2 CHARGE 39D01-9402-CF-220 RECORDS?

Reverend Harold E. McCoy 8/17/05

## STATE OF INDIANA
## SUIT FOR INJURY BY NEGLIGENCE

| | |
|---|---|
| REVEREND HAROLD E. McCOY v KIDNAP-HOSTAGE TO KILL VICTIM, SEPTEMBER 23, 2005 WITHOUT PREJUDICE | ED BUSS, CAPTAIN CARNEGYE, LT. H. YANCEY, SGT. McCANN, C/O BOOTZ, C/O PEEK, C/O WISE, DOCTOR MICHAE MITCHEFF, et al, KIDNAPPER RACKETEERING DEFENDANTS. |

## COMPLAINT
## STATE CRIMINAL CONFINEMENT

9. COMES NOW VICTIM HAROLD E. McCOY, PRO-SE, HEREIN SUBMITS HIS STATE SUIT UPON THE CLERK OF THE COURT.

### MEMORANDUM OF LAW

10. UNDER THE 11TH AMENDMENT A SUIT AGAINST STATE OFFICIALS MUST BE FILED IN STATE COURT - QUERN v JORDAN, 99 S.CT. 1139, (1979).

11. THE "STATE" MAY BE SUED ONLY IN STATE COURT - EDELMAN v JORDAN, 94 S.CT. 1347, (1974) (U.S.C. §§ 844.6(a), 845.4, 814-)

12. "THE STATES AND GOVERNMENT MAY BE SUED FOR INTENTIONAL UNJUSTIFIABLE INTERFERENCE WITH THE RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF CONFINEMENT."

"INDIANA LAWS PROVIDE NO REVIEW OF PRISON FALSE CONDUCT REPORTS."

13. HAROLD E. McCOY'S #80920453 F.B.I. RECORDS CONFIRM THAT HIS CONFINEMENT IS ILLEGAL AS PART OF INDIANA OFFICIALS INTERSTATE ARMED KIDNAPPING OF HIM ON A 7 DAY FALSE CHARGE.

14. INDIANA CODE 34-4-16.5-3(9) DOES NOT PROVIDE IMMUNITY BASED UPON NEGLIGENCE OF GOVERNMENTAL EMPLOYEES. WILLIAMS v IND. DEPT. OF CORR., 702 N.E. 2d. 1117 (IND APP. 1998).

*Harold E. McCoy*

# STATE OF INDIANA
## SUIT FOR INJURY BY INTENTIONAL NEGLIGENCE
### I.D.O.C. DRUGS, TOBACCO, MURDER RACKETEERING

REVEREND HAROLD E. McCOY      V   I.D.O.C., J. DAVID DONAHUE, I.S.P.,
KIDNAP-HOSTAGE TO KILL VICTIM,    ED BUSS AND ALL ISP STAFF, AND
                                  INMATE MIKE FULTZ #935731-DE-114,
                                  et al, DEFENDANTS.

## I.S.P. STAFF HIRED INMATE UNPROVOKED MURDER ATTEMPT
## STATEMENT OF FACTS

15. ON AUGUST 18, 2004 INDIANA STATE PRISON (ISP) STAFF HIRED INMATE SHAWN MOORE, ETC. TO KILL HAROLD E. McCOY IN A/S-DE AND ON AUGUST 18, 2004 McCOY REQESTED PROTECTIVE CUSTODY (P.C.) AND ISP STAFF PUT McCOY ON "KEYLOCK" IN HIS DE-115 CELL AND DENIED McCOY RECREATION, SHOWERS, AND PROTECTION FROM ASSAULTS WITH THEIR PISS FROM STAFF HIRED INMATES UNTIL FEBRUARY 2005.

16. → McCOY WROTE TO THE GOVERNOR, I.D.O.C. COMMISSIONER, ET. AL., FOR A TRANSFER OR REMEDY WITH NO RESULTS.

17. McCOY FILED "A STATE SUIT FOR INJURY" IN JUDGE PAUL J. BALDONI'S COURT AND WAS ORDERED TO BE PUNISHED IN CONSPIRACY WITH ISP STAFF TO PROTECT ISP STAFF DRUG AND TOBACCO RACKETEERING!

18. "WHY AM I FORCED TO BREATHE 2ND HAND TOBACCO/MARIJUANA SMOKE IN A/S-DE-115 IN A NON-SMOKING-DRUG FREE IDOC PRISON?"

19. ON MAY 30, 2005 INMATE CRIS WATKINS, FERRELL, et al. THREW HIS PISS AND MALOX ALL OVER MY CELL AND LEGAL WORK WHILE I WAS ON A DENTAL PASS.

20. ON JUNE 5, 2005 ISP STAFF KIM MOORE AND C/O GABBARD OPENED McCOYS KEYLOCK DOOR FOR CHRIS WATKINS TO STEAL HIS PROPERTY.

21. ON MAY 4, 2005 McCOY WAS PUT ON KEYLOCK AGAIN WHEN INMATES WATKINS AND HARRIS-DE-116 CAME TO HIS CELL AND HARRIS WALKED IN TO McCOYS CELL AND HIT HIM IN THE MOUTH UNPROVOKED - HARRIS'S EXCUSE WAS, IN VERBATIM, "McCOYS SHIT STINKS, SO I HIT HIM."

STATE OF INDIANA
SUIT FOR INJURY BY INTENTIONAL TORTURE
ISP STAFF DENIAL OF EQUAL PROTECTION

STATEMENT OF FACTS

22. ON AUGUST 24, 2005 HAROLD E. McCOY WAS WARNED, TO WIT:

WARNING

"SGT. McCANN, BOOTZ, PEEK, AND ADMINISTRATION ARE MOVING SOMEONE THEY HIRED TO KILL YOU ONTO RANGE 1 WITH YOUR REC. GROUP."

23. McCOY PUT IN FOR TRANSFER IMMEDIATELY. UTM WILSON INVOLVED

STAFF MOVEMENT

23. ON SEPTEMBER 15, 2005 - DE STAFF MOVED SEYFRIED OUT OF DE-114 AND PUT SOMEONE ELSE IN THE CELL.

25. McCOY STAYED IN HIS DE-115 CELL UNTIL SEPTEMBER 19, 2005 WHEN HE CAME OUT FOR A SHOWER AND THE "WARNING" WAS PROVEN TRUE.

26. AT APPROXIMATELY 3:20 P.M. McCOY WAS SHOWERING WHEN AN UNKNOWN PERSON CAME INTO THE SHOWER CLOTHED AND ATTACKED AND BEAT McCOY WITH NO PROVOCATION AND RAN AWAY. McCOY THEN CONFRONTED THE STAFF WATCHING THE INCIDENT AND REPORTED IT.

27. DE STAFF FINALLY CUFFED HIM AND HE ISSUED A $1000 MURDER CONTRACT TO STAFF AND INMATES TO KILL McCOY.

28. BOTH MEN WERE TAKEN TO CAPTAIN CARNEGYE'S OFFICE WHERE McCOY LEARNED HIS ATTACKERS NAME AND DOC NUMBER AND FOUND OUT THAT CAPTAIN CARNEGYE AND LIEUTENANT H. YANCEY HIRED INMATE MIKE FULTZ #935731 TO KILL McCOY AND THEY TRIED TO KILL McCOY IN THE CAPTAINS OFFICE DURING HIS HEART ATTACK IN THE CAPTAINS OFFICE FOR WHICH McCOY TOOK HIS NITRO GLYCERIN TABLET FOR. LT. H. YANCEY TOOK McCOY TO MEDICAL FOR INJURIES AND TOOK ONE PAIR OF CUFFS OFF OF McCOY AND PUT HIM IN ONE SET TO PUT MORE PRESSURE ON McCOYS HEART AND REBRIKE McCOYS WRISTS TO FURTHER TORTURE HIM IN ISP STAFFS MURDER CONSPIRACY.

# STATE OF INDIANA
## SUIT FOR INJURY BY INTENTIONAL TORTURE
### ISP STAFF DENIALS OF MEDICAL CARE

29. ON SEPTEMBER 22, 2005 ISP DOCTOR MICHAE MITCHEFF REFUSED TO X-RAY OR TREAT McCOYS BROKEN WRISTS OR TO RENEW IDOC'S JUNE 28, 1999 "PERMANENT" CUFF IN FRONT - SOFT RESTRAINTS ORDER, OR McCOY'S PERMANENT 2500 CALORIE DIABETIC DIET ORDER BY I.D.O.C.!

30. ISP DOCTORS, (N.P.), REFUSE TO TREAT McCOYS BROKEN BONES AND SEVERE OSTEOPOROSIS FROM STAFF UNPROVOKED MURDER ATTEMPTS.

31. I.S.P. STAFF TRASHED McCOYS PRIOR MEDICAL RECORDS.

### I.S.P. STAFF TORTURE BY STARVATION

32. THE ARAMARK FOOD SERVICES PROVIDE NO THERAPUTIC DIET FOOD TRAYS TO INMATES.

33. THE DIETICIAN DOES NOT CONTACT INMATES TO SET-UP A THERAPUTIC DIET FOOD TRAY PURSUANT TO INDIANA STATUTE 410 IAC 7-24 WHICH THE INDIANA STATE HEALTH DEPARTMENT SUBSTANTIATED IN McCOYS ISHD CASE 2005 1048 - ISSUES 05-1503, 05-1401, 05-0393, 05-0224, 05-1400, 05-0897, 05-1394, 05-1048 ON SEPTEMBER 16, 2005 LETTER.

34. ON JUNE 30, 2005 ISP DENTIST MS. MARCH PHILLIPS PULLED HALF OF McCOYS UPPER TEETH, JULY 1, 2005 THE REST AND ON JUNE 30, 2005 ORDERED "SOFT FOODS" FOOD TRAYS.

35. ARAMARK'S ISP STAFF - RITCHEY, ODELL, AND RAY ORR ONLY SENT McCOY RAW, ROTTEN, HARD FOODS SUBSTANTIATED BY ISHD!

36. THE "SOFT FOOD" SENT WAS "APPLES", "ORANGES", RAW SALADS, RAW POTATOS, RAW CARROTS, RAW MIXED VEGETABLES, RAW GREEN BEANS, SPOILED MEATS SOAKED IN VINEGAR AND PEPPER, AND ONLY FOODS McCOY IS ALLERGIC TO ON RECORD SINCE 1967 IN I.D.O.C., ALLERGIC TO MILK - VITAMIN C - PENICILLIN (BREAD MOLD).

# STATE OF INDIANA
## SUIT FOR INJURY BY INTENTIONAL TORTURE
### I.S.P. STAFF TORTURE BY STARVATION

36. AFTER McCOY COMPLAINED MS. MARCH PHILLIPS ORDERED THE SOFT FOODS DIET STOPPED ON JULY 14, 2005!

37. TO DATE - SEPTEMBER 26, 2005 ARAMARK STILL SENDS THE "SOFT FOODS" DIET TRAYS WITH HARD FOODS McCOY CANNOT CHEW.

38. I.D.O.C. COMMISSIONER J. DAVID J. DONAHUE AND LADONNA MITCHELL - OFFENDER RELATIONS ORDERED ISP SUPERINTENDENT CECIL K. DAVIS TO REMEDY McCOY'S COMPLAINTS - THEY HAVE NOT!

39. I.S.P. STAFF - SUPERINTENDENT ED BUSS DOWN USE DENIALS OF FOOD AS PUNISHMENT ON ALL ISP INMATES BY DALE MONROE'S ILLEGAL POLICIES THAT VIOLATE IDOC RULES, STATE AND U.S. LAWS!

## ARGUMENT

THERE ARE GENUINE ISSUES OF MATERIAL FACTS THAT MANDATE A STATE COURT I.C. 35-34-1-5(a) EVIDENTIARY HEARING BY A GRAND JURY TO DETERMINE WHETHER DUE PROCESS WAS PROVIDED BY "STATE" WHEN CORRUPT OFFICIALS CURTAILED STATE AND FEDERAL LAWS TO INTERSTATE ARMED KIDNAP HAROLD E. McCOY FROM JACKSON, KENTUCKY ON A 7 DAY FALSE CHARGE SUBSTANTIATED BY #80920453 F.B.I. RECORDS AND "STATE" CONVICTING AND SENTENCING HIM WITH NO SUCH CHARGES ON RECORD DOES NOT SATISFY THE DUE PROCESS REQUIREMENTS!

FURTHERMORE, THE "STATE" INTENTIONALLY, UNJUSTIFIABLY INTERFERED WITH McCOY'S RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF HIS CONFINEMENT!

IN I.C. 35-44-4-3(a)(1)(A) OBSTRUCTION OF JUSTICE, "STATE" INTENTIONALLY WITHHELD, AND HAVE NOT PRODUCED RECORDS OF A 2 CHARGE 2/25/1994 CASE 39D01-9402-CF-220 OR THE RECORDS OF THE 7 DAY FALSE CHARGE IN 11 YEARS TO DENY McCOY JUDICIAL REVIEW.   *Rev. Harold E. McCoy*

# STATE OF INDIANA
## SUIT FOR INJURY BY INTENTIONAL TORTURE
## STATE - U.S. GOVERNMENT DRUG RACKETEERING
## IDOC STAFF DENIAL OF EQUAL PROTECTION
### PROTECTION FROM INMATE ASSAULT

PRISON OFFICIALS HAVE A LEGAL DUTY TO PROTECT PRISONERS FROM INMATE ASSAULTS, <u>SWOFFORD v MANDRELL</u>, 969 F.2d. 547, 549 (7TH CIR. 1992), BUT IN McCOY'S CASE INDIANA SUPREME COURT JUDGES INTENTIONALLY FALSEFIED McCOY'S RECORDS IN DELIBERATE, RECKLESS, WANTON DESIRE TO CRIMINALLY CONFINE HIM WITHOUT A RECORD OF CHARGE TO MURDER IN I.D.O.C. TO PROTECT THEIR OWN BRIBERY/RACKETEERING!

→ I.D.O.C./F.B.I. RECORDS - APRIL 5, 1995 - NO SCARS - NO MARKS - ←

McCOY'S BROKEN, SCARRED, AND MARKED BODY IS EVIDENCE OF PERMANENT INJURIES RECIEVED IN IDOC!

I.D.O.C. PLACED "STATE" FALSEFIED "UNPUBLISHED" RECORDS ON ITS INTERNET TO PROMOTE THE MURDER OF McCOY. SEE: <u>MORALES v NEW YORK DEPT. OF CORR.</u>, 842 F.2d. 27, 29-30 (2d. CIR. 1988), EXPLAINING HOW SEVERAL DEFENDANTS WERE LIABLE IN SAME INCIDENT, UNDER <u>FARMER v BRENNAN</u>, 511 U.S. 825, 114 S.CT. 1970 (1994).

I.S.P. STAFFS "REJECTED" OF McCOY'S GRIEVANCES EXHAUST ADMINISTRATIVE REMEDIES, AND STATE COURT IS THE NEXT STEP AS A IDOC TORT CLAIM WAS FILED BY McCOY WITH NO REMEDY.

→ I.D.O.C. RECIEVES FEDERAL FUNDING WHICH WAIVES IMMUNITY. ←

### ARGUMENT

PURSUANT TO PARAGRAPH 17 IN THIS SUIT McCOY'S SUIT IN LaPORTE JUDGE BALDONI'S COURT IS NOT FRIVILOUS AS LAWS SUPPORT McCOY'S ISSUES - UNDER <u>HOPTOWIT v RAY</u>, (9TH CIR. 1982), 682 F.2d. 1237, 1246 JUDGE BALDONI IS LIABLE FOR McCOY'S PERSONAL SAFETY WHEN HE VIOLATED STATE AND FEDERAL TOBACCO AND DRUG LAWS TO PROTECT HIS DRUG/TOBACCO RACKETEERING KICKBACK MONEY.

*Reverend Frank E. McCoy*

# STATE OF INDIANA
## SUIT FOR INJURY BY INTENTIONAL TORTURE
## ARAMARK FOOD SERVICES DENIAL OF FOOD

HAROLD E. McCOY v ISP ARAMARK RITCHEY, ODELL, RAY ORR, et al,

ISP DE STAFF - ARAMARK TOTAL DENIALS OF MEALS

ON FRIDAY JULY 1, 2005 - NO LUNCH
SATURDAY JULY 2, 2005 - NO MEALS ALL DAY
JULY 8, 2005 - NO LUNCH (SOFT FOOD DIET)
JULY 15, 2005 - NO LUNCH
JULY 22, 2005 - NO LUNCH
SEPTEMBER 13, 2005 - NO LUNCH
SEPTEMBER 15, 2005 - NO BREAKFAST

ARAMARK F.S. CAN NOT SERVE SUPPER/BREAKFAST IN IAC 416 7-24 13 HOURS

ON JUNE 30, 2005 ISP DDS MS. MARCH PHILLIPS ORDERED A 2500 CALORIE SOFT FOODS DIET WHEN SHE PULLED MY TEETH

ARAMARK FOOD SERVICES PROVIDED McCOY ONLY RAW, HARD FOODS AND DID NOT SEND HIS DIET TRAYS AT ALL!

THERE NEVER WAS 2500 CALORIES A DAY OF FOOD SENT BY ARAMARK FOOD SERVICES IN 2 DAYS MEALS!

NO DIETICIAN HAS SET UP OR TALKED TO ANY INMATE TO SET UP A THERAPUTIC DIET!

ARAMARK STAFF SIMPLY TAKES GOOD FOOD OFF OF THE DIET TRAYS FOR DIETS LEAVING LESS THAN 300 CALORIES OF FOOD ON THE DIET TRAY WHICH ISHD SUBSTANTIATED IN McCOYS 20051048 Complaint 9/16/05.

ON JULY 14, 2005 DDS MARCH PHILLIPS ORDERED THE DIET STOPPED SEE: GRIEVANCES - SGT. K. SABINSKI ORDERED DIET STOPPED

IDOC COMM'R J. DAVID DONAHUE ORDERED ISP WARDEN TO REMEDY McCOYS COMPLAINTS -

ISP STAFF REFUSE TO COMPLY!

Harold E. McCoy

SUIT FOR LIBEL
THE 1974 PRIVACY ACT SUIT
5 U.S.C. SECTION 552(c)(3)

FILED IN CLERKS OFFICE

REVEREND HAROLD E. MCCOY    JULY 8, 2004    OCT - 3 2005

## RELIEF DEMANDS

1. PROSECUTE ALL I.S.P. STAFF ON THE ENCLOSED LIST OF FELONIES.

2. HAVE ISP STAFF, ISR/PCF STAFF, NCCF STAFF TAKE A MANDATORY LIE DETECTOR TEST TO OBTAIN THE TRUTH.

3. CHARGE DEFENDANTS FILING FEES AND COSTS OF THIS ACTION.

4. HAVE "STATE" CORRECT MCCOYS FALSE RECORDS AND REPLACE PROPERTY STOLEN BY I.D.O.C. STAFF.

5. HAVE DEFENDANTS PAY ATTORNEY FEES FOR LIBEL THIS SUIT, WITH ALL COSTS OF PREPARATION, COPYING, COSTS OF PAPER, RESEARCH, POSTAGE, etc.

— CONTINUED ON NEXT PAGE —

*Reverend Harold E. McCoy*

# UNITED NATIONS COURT OF JUSTICE
## U.S. GOVERNMENT RACKETEERING

### HAROLD E. McCOY v GEORGE W. BUSH, ET, AL.
### RELIEF DEMAND

STATE EXACTLY WHAT RELIEF OR ACTION YOU ARE REQUESTING THROUGH THIS LAWSUIT.

1. $500 BILLION FOR ACTUAL INJURIES AND TORTURE

2. IMMEDIATE UNCONDITIONAL RELEASE FROM PRISON

3. FULL PURGE OF ALL FALSE RECORDS ON ME

4. HAVE DEFENDANTS PAY THE FULL COSTS OF THIS ACTION
   (a.) COSTS OF FILING
   (b.) COURT FEES AND SERVICE FEES
   (c.) COSTS OF PREPARATION
   (d.) COSTS OF POSTAGE AND HANDLING
   (e.) DAMAGES

5. HAVE DEFENDANTS PAY ATTORNEY FEES AND EXPENSES

6. REPLACE ALL PRIOR LICENSES, PERMITS AT STATE COST

7. ARREST AND PROSECUTION OF ALL PERSONS INVOLVED

8. REPLACE ALL PROPERTY LOST FROM KIDNAPPING - HOSTAGE.

DATE EXECUTED

SEPTEMBER 23   2005          Harold E. McCoy
MONTH    DAY    YEAR

REV. HAROLD E. McCOY    JULY 8, 2004

PRIVACY ACT SUIT    RELIEF DEMANDS

$300,000,000 CASH THIS 5 U.S.C. SUIT ENTITLES ME TO:

1. RELEASE ME IMMEDIATELY FROM IDOC & INDIANA & CHARGE DEFENDANTS FILING FEES & COURT COSTS, etal

2. PURGE ALL UNCOUNSELED UNCHARGED CASES (3) FROM MY RECORDS - PRIVACY ACT 552(d)(2)(C)(3)

3. PROVIDE COMPETENT MEDICAL CARE FOR IDOC STAFF'S UNPROVOKED MURDER ATTEMPTS INFLICTED BROKEN BONES BY DOCTOR SPECIALISTS NOT AFFILIATED WITH IDOC/INDIANA

4. REPLACE MY $100,000.00 TRUCK LOST AT ARREST/KIDNAP

5. REPLACE AT STATE COST - NO TESTS - MY CDL CLASS 1 WITH TANKER & HAZARDOUS MATERIALS ENDORSEMENT LICENSE

6. REPLACE MY MOTORCYCLE LICENSE AT STATE COST - NO TESTS

7. REPLACE MY AUTOMATIC CONCEALED WEAPON PERMIT

8. REPLACE MY VEHICLES REGISTRATION AT STATE COSTS

9. REPLACE MY 1985 HARLEY DAVIDSON MOTORCYCLE LOST BY ARREST & KIDNAPPING

10. REPLACE MY FULL COVERAGE INSURANCE FOR 1 YR. AT STATE COST ON TRUCK & MOTORCYCLE

11. REPLACE $7.5 MILLION CASH LOST AT ARREST & KIDNAP OLD COINS - GOLD CERTIFICATES - FOREIGN MONEY (NEW), GOLD & SILVER

12. REPLACE MY $1.5 MILLION U.S. - FOREIGN STAMP COLLECTION (NEW)

13. REPLACE MY PERSONAL POSSESSIONS LOST AT KIDNAP

14. REPLACE MY $5,000 NEW RADIO SHACK FLEA MKT. ITEMS

15. REPLACE MY FARM LOST AT KIDNAPPING

16. & OR PROSECUTE ALL PERSONS INVOLVED IN MY CASE ON CLASS A FELONIES LISTED IN TORT CLAIM/SUIT

2 PAGES

## PLEASE PROSECUTE ALL U.S. JUDGES ON THESE CHARGES

| VIOLATIONS OF INDIANA CODE | DESCRIPTION OF OFFENSE | FELONY CLASS |
|---|---|---|
| I.C. 35-41-5-2 | CONSPIRACY-CRIMINAL | A |
| I.C. 35-41-1-5 | ATTEMPT | |
| I.C. 35-42-1-1 | MURDER | A |
| I.C. 35-48-4-1 | COCAINE SALES | A |
| I.C. 35-45-6-1 | RACKETEERING | A |
| I.C. 35-44-3-4 | OBSTRUCTION OF JUSTICE | A |
| I.C. 35-42-3-3 | CRIMINAL CONFINEMENT | A |
| I.C. 35-42-4-2 | CRIMINAL SEXUAL DEVIATE CONDUCT | A |
| I.C. 35-50-1-1 TO I.C. 35-50-2-3 | PROTECTING CRIMINAL ENTERPRISES | A |
| I.C. 35-43-1-2 | CRIMINAL MISCHIEF | B |
| I.C. 35-44-2-1 | PERJURY-CRIMINAL | B |
| I.C. 35-45-5-3 | SLANDER | B |
| I.C. 35-44-1-1 | BRIBERY | C |
| I.C. 35-44-2-2 | FALSIFICATION OF RECORDS | C |
| I.C. 35-33-8-4 | MISREPRESENTATION OF FACTS | C |
| I.C. 35-43-5-4 | NEGLIGENCE OF DUTY | D |
| I.C. 35-44-1-2 | ADMINISTRATIVE MISCONDUCT | D |
| I.C. 35-46-2-1 | CIVIL RIGHTS VIOLATIONS | D |
| I.C. 35-45-5-2 | INTIMIDATION-THREATS | D |

J.E. LAWLER

| VIOLATIONS OF FEDERAL LAWS | DESCRIPTION OF OFFENSE | FELONY CLASS |
|---|---|---|
| 14TH AMENDMENT - DENIALS OF DUE PROCESS | | A |
| 14TH AMENDMENT - DENIALS OF CRIM. COUNSEL ON APPEAL | | A |

-98-

| Violations of Federal Laws | Discription of Offense | Felony Class |
|---|---|---|
| → Section 22 of 1201 makes principal offenders of judges ← | | |
| 18 U.S.C. § 1201-(a)(1) Interstate Kidnapping | | A |
| 18 U.S.C. § 1202 - Ransom | | A |
| 18 USC § 1203 - Hostage | | A |
| 28 USC § 1391(e) - denial of §1983 - official capacity | | A |
| 18 U.S.C § 241 - Conspiracy against U.S.A. public | | A |
| 18 USC. § 242 - Conspiracy against USA public | | A |
| 18 USC § 1950 subc - Running Racketeering | | A |
| 18 USC § 1951 - Extortion under color of right | | A |
| 18 USC § 1956 - Money Laundering | | A |
| USC, Art. 1, Cl. 3, Sec. 9 - Suspension of Habeaus Corpus | | A |
| USC, Art. 1, Cl. 3, Sec. 9 - Making Ex post facto Laws | | A |
| USC, Art. 1, Cl. 3, Sec. 10 - Making Bill of Attainder Laws | | A |
| 1st Amendment - Denial of Access to Courts | | A |
| 1st Amendment - Denials of Religion | | A |
| 1st Amendment - Denials of Redress of Grievances | | A |
| 4th Amendment - Illegal Siezure | | A |
| 5th Amendment - Denial of Equal protections US. Gov't | | A |
| 5th Amendment - Double Jeopardy punishments | | A |
| 5th Amendments - Denial of Criminal counsel | | A |
| 6th Amendment - Denial of Speedy Trial | | A |
| 6th Amendment - Denial of Counsel by U.S. Courts | | A |
| 6th Amendment - Denial of Unbiased Judge, Jury | | A |
| 6th Amendment - Denials of Notice of Charge - copy | | A |
| 8th Amendment - Cruel and Unusual punishments | | A |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon Attorney General by first class United States Mail, postage prepaid, this _23_ day of _SEPTEMBER_, 20 _05_.

_Harold E. McCoy_

— 3a

PURSUANT TO THIS AND JEFFERSON COUNTY DENIES ME ACCESS TO COURT TO CORRECT THEIR FALSE PROSECUTION, A REQUEST & SUIT UNDER THE PRIVACY ACT IS THE ONLY WAY TO REMEDY MY SITUATION TO THE BEST OF MY knowledge and belief.

MAY 13, 2004            Reverend Harold E. McCoy
                        _____
                                Affiant

Subscribed and sworn to before me, a Notary Public, this 2/12 day of
_____June_____, 20 04.


My Commission Expires:              _____
                                    Notary Public, residing in
   11 / 15 / 20 06                  __Pickson__ County, IN
                                    
B-2 (1/1/01)

"THOSE WHO MAKE A PROFESSION OUT OF DECEIT ARE INCAPABLE OF COMPREHENDING THE TRUTH THEMSELVES."

STATE OF INDIANA
PRIVACY ACT SUIT CLAIM
RELIEF DEMANDS

HAROLD E. McCOY
881603
JULY 8, 2004

1. PURGE MY RECORD OF ALL ISR/PCF, NCCF, WVCF FALSE PROSECUTIONS ON TOTAL LIES BY STAFF

2. GIVE ME & ALL IDOC STAFF LIE DETECTOR TESTS

3. PROSECUTE ALL IDOC STAFF & INMATES INVOLVED IN IDOC'S INTERSTATE KIDNAP - HOSTAGE - MURDER CONSPIRACY ON ME

4. PROSECUTE C/O C. TAYLOR & THE 4/6/04 NCCF C.A.B. ON FALSE PROSECUTION/PERJURY FELONY CHARGES

5. RETURN MY $10.00 STOLEN BY NCCF STAFF

6. RETURN MY 7 BOXES 20"x20"x10" OF LEGAL WORK KEPT BY NCCF STAFF POE, C. TAYLOR, R. HANNON, B. HUNT, E. HOLDER, etal.

7. AWARD ME $300,000.00 I AM ENTITLED TO BY INDIANA TORT CLAIM LAWS FOR ACTUAL STAFF THEFTS, FALSE PROSECUTIONS, ACTUAL PERMANENT SERIOUS INJURIES FROM STAFF UNPROVOKED MURDER ATTEMPTS UPON ME

8. CHECK OUT IDOC'S FALSIFIED ABSTRACT OF JUDGEMENT WITH NO RECORDS OF 2 SUCH CHARGES FILED ON 2/25/74 IN ANY CASE AGAINST ME IN JEFFERSON CO. SUPERIOR COURT THAT IDOC IS NOW CRIMINALLY CONFINING ME ON TO KILL IN IDOC & RELEASE ME FROM INDIANA'S ILLEGAL HOSTAGE CUSTODY & RETURN MY CDL W/ HAZ MAT TANKER CERT. MOTORCYCLE LICENSE etal.

Harold E. McCoy

READ BACK OF PAGE ↓ (left margin)

— READ BACK OF PAGE —

TORT CLAIM          HAROLD E. McCOY
                    881603

## AFFIDAVIT OF SERVICE

I, REV. HAROLD E. McCOY, CERTIFY BY MY SIGNATURE AFFIXED BELOW THAT I SENT COPIES OF MY TORT CLAIM TO THE INDIANA ATTORNEY GENERAL, IDOT, IDOC, AND THE FBI CRIMINAL JUSTICE CENTER BECAUSE MY 7 BOXES OF LEGAL WORK STOLEN BY NCCF STAFF CONTAIN MY DIVORCE DECREE, MY MOTHERS WILL WE ARE STILL WORKING ON IN ESTATE, MY CHILDRENS CURRENT CASE IN FEDERAL PROTECTIVE CUSTODY RECORDS, MY PARENTS LAST LETTERS TO ME, MY CURRENT US-SUPREME COURT CASES, AND U.S. SUPREME COURT CASES THE COURT SENT TO ME TO CORRECT OF OTHER PEOPLE — SINCE MY PARENTS DIED DUE TO MY BEING KIDNAPPED BY INDIANA & MY WHOLE FAMILY BEING THREATENED BY CORRUPT INDIANA OFFICIALS AFTER THEY ILLEGALLY KIDNAPPED MY 4 YR OLD GIRL ELLA I McCOY & SEXUALLY MOLESTED HER IN STATE CUSTODY --- THE LETTERS ARE MY LAST LINK TO THEM SINCE IDOC REFUSED ME A LAST BEDSIDE VISIT WITH EITHER ONE IN INDIANA'S INTERSTATE ARMED KIDNAPPING — RANSOM — HOSTAGE TO MURDER IN IDOC EXTRA JUDICIAL CONSPIRACY ON ME WITH NO RECORD OF 2 CHARGES FILED ON 2/25/04 IN ANY CASE BY JEFFERSON SUPERIOR COURT AGAINST ME.

                              Rev. Harold E. McCoy

THESE SAME PEOPLE ARMED KIDNAPPED 4 YR. OLD ELLA I. McCOY ON 8/17/93 IN THIS SAME CONSPIRACY.