RECEIVED
18 USC 3331 NOT PROSECUTED
DEC 5 2005
U.S. COURT
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I CAN NOT OBTAIN PENS OR PAPER FOR COPIES — NO ACCESS TO LIBRARY

Copy to — THE DISCOVERY CHANNEL

UNITED STATES DISTRICT COURT, DECEMBER 1, 2005
FOR THE DISTRICT OF COLUMBIA
CIVIL ACTION NO. 05-2293

HAROLD E. McCOY v. DISTRICT OF COLUMBIA U.S. JUDGES VIOLATIONS OF
INDIANA INTERSTATE GOVERNMENT CODES § 844.6(a), § 845.4, § 814 — RIGHT
KIDNAP-HOSTAGE TO TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF MY
KILL IN IDOC VICTIM INTERSTATE KIDNAPPING-HOSTAGE CONFINEMENT by
7TH CIR. U.S. JUDGES, et al.

## MOTION FOR WRIT OF MANDAMUS AND RECONSIDERATION OF TRANSFER OF MY CASE TO TOTALLY DENY ME ACCESS TO COURTS

(I FILED MOTION TO INCORPORATE 05-2293 STATE SUIT INTO MY 1ST SUBMITTED 42 USC § 1985(2)(3), § 1986 CASE — McCoy v. G.W. BUSH, et al. CONSPIRACY COMPLAINT AS PART OF THAT SUIT TO SHOW FELONY ACTS.

→ I HAVE NO ACCESS TO ANY 7TH CIRCUIT COURT — 00-1647 CONSPIRACY.
THE 7TH CIR. ND JUDGE R. MILLER DISMISSES my HABEAS CORPUS this COURT TRANSFERRED to IT WITH NO REVIEW — CONSPIRACY

* THE D of C U.S. JUDGE COMMITTED PERJURY IN HIS MEMORANDUM OPINION AND ORDER 11/21/05 — NO MOTION TO AMEND MY CASE FILED

18 USC § 1201 KIDNAPPING / MAYBE THE JUDGE CANNOT READ AND COMPREHEND WHAT IS PRINTED LEGIBLY OR MAYBE THIS COURT IS IN THE INTERSTATE ARMED KIDNAPPING $1 MILLION RANSOM - HOSTAGE TO KILL IN IDOC CONSPIRACY ON McCoy?

THIS IS A NATIONAL SECURITY CASE AND INTERNATIONAL CRIMES AGAINST HUMANITY CASE OF U.S. GOVERNMENT'S DESECRATION AND DESTRUCTION OF OUR U.S. CONSTITUTION (LAW) IN FAVOR OF NO LAW — DEREGULATION FOR GOVERNMENT ILLEGAL "CONTROL POLITICS" 1993, 9/11/01, 10/01 ATTACKS ON U.S.A. AND INTERNATIONAL PRISONS FOR PROFIT DRUG RACKETEERING CONSPIRACY by U.S. JUDGES, GOVERNMENT.

IN THE FELONY JUDICIAL TYRANNY by OUR "COURTS" OF "CORRUPTION" THIS D of C U.S. JUDGES ARE INTENTIONALLY UNJUSTIFIABLY DENYING MY CONSTITUTIONAL RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF MY CONFINEMENT BY INTERSTATE ARMED KIDNAPPING AS ALL 7TH CIR. JUDGES DO by 00-1647 DENIAL OF ALL CONSTITUTIONAL LAWS

Harold E. McCoy

IN THE
# DISTRICT OF COLUMBIA UNITED STATES DISTRICT COURT
No. 05 2293
PROSECUTION COMPLAINT    PAPER FROM COURT
18 U.S.C. § 3232
DECEMBER 1, 2005

**HAROLD E. McCOY**    v    /s/ Robert L. Miller, Jr.
INDIANA KIDNAP-HOSTAGE VICTIM    Chief Judge
WITH SERIOUS INJURIES    United States District Court

ALLEN SHARP
CHIEF JUDGE
UNITED STATES DISTRICT COURT

## FELONY ACTS OF JUDGES
INTERSTATE KIDNAPPING - 18 USC § 1201
RANSOM - 18 USC § 1202
HOSTAGE - 18 USC § 1203
EXACTION/EXTORTION - 18 USC § 1951
DRUG RACKETEERING - 18 USC § 1950 SUB.C
DENIAL - 1st USCA - ACCESS TO COURTS
CONSTITUTION ART. VI, SEC. 2 VIOLATIONS
NOTICE: MY SUIT LISTS MANY MORE
FELONY ACTS by U.S. JUDGES
NOTE: ANY VIOLATION OF THE U.S.
CONSTITUTION IS A CLASS A FELONY.
    PENSON v OHIO

11/21/05 ORDER

JUDGE - DISTRICT OF COLUMBIA
UNITED STATES DISTRICT COURT

MEADOWBROOK

EVANS

RIPPLE

## JURISDICTION
THIS U.S. COURT HAS 18 U.S.C. § 3232
JURISDICTION TO "PROSECUTE" HIGH
OFFICIALS FOR VIOLATIONS OF
FEDERAL LAWS.

LARRY J. McKINNEY

SARAH EVANS BARKER

DAVID F. HAMILTON

THESE U.S. JUDGES AND MORE ARE "PRINCIPAL KIDNAPPERS" UNDER 18 U.S.C. § 1201 - KIDNAPPING (SECTION 22) - / RANSOM - 18 U.S.C. § 1202 / HOSTAGE - 18 U.S.C. § 1203 IN - INDIANA / U.S.A. / U.S. JUDGES INTERSTATE ARMED KIDNAPPING - $1 MILLION RANSOM - HOSTAGE - TO MURDER IN I.D.O.C. EXTRA JUDICIAL CONSPIRACY.

HAROLD E. McCOY'S F.B.I.-Id. #80920453 RECORDS CONFIRM THAT HIS CONFINEMENT IS ILLEGAL AS PART OF INDIANA OFFICIALS KIDNAPPING HIM ON A 7 DAY FALSE CHARGE.

IN CONSPIRACY THESE JUDGES DENIED ME MY RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF MY CONFINEMENT, A 14TH AMENDMENT VIOLATION CODIFIED AS 844.6(a), 845.4, 814 WHICH CREATES SUIT LIABILITY FOR VIOLATIONS. Harold E. McCoy

NO MOTION TO AMEND FILED by ME / 18 USC § 3323 / US COURT PRESUMPTION

I CAN NOT OBTAIN PEN/PAPER TO MAKE HAND COPIES NO ACCESS TO LIBRARY
DECEMBER 1, 2005

COPY TO: THE DISCOVERY CHANNEL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 05 2293 - § 1985 (2)(3) ACTION

HAROLD E. McCOY v DISTRICT OF COLUMBIA JUDGES
KIDNAP-HOSTAGE VICTIM      VIOLATIONS OF GOVT. CODES 844.6(a), 845.4, 814

JUST A PART OF MY DC BUSINESS G.W. BUSH etc

MOTION FOR WRIT OF MANDAMUS AND
RECONSIDERATION OF TRANSFER OF MY CASE
TO TOTALLY DENY ME ACCESS TO COURTS

(I INCORPORATED MY IDOC STATE SUIT INTO MY 1ST SUBMISSION)

THE DC U.S. COURT JUDGE COMMITTED PERJURY IN THE
MEMORANDUM OPINION AND ORDER RECIEVED BY ME 12/01/05.
MAYBE THE JUDGE CAN NOT READ AND COMPREHEND WHAT
IS PRINTED VERY LEGIBLY.

MY CASE TITLE IS McCOY v U.S.A., INDIANA OFFICIALS, F.B.I., C.I.A.,
KIDNAP-HOSTAGE + KILLING | GENOCIDE, DRUG/TOBACCO/MURDER
RACKETEERING

42 USC § 1985 (2)(3), § 1986 CONSPIRACY COMPLAINT
* → I HAVE NO ACCESS TO ANY 7TH CIRCUIT COURT ← *
THIS IS A CASE CHALLENGING THE U.S. GOVERNMENTS
DESECRATION AND DESTRUCTION OF U.S. CONSTITUTION LAW
IN FAVOR FOR DEREGULATION - NO LAWS - FOR THE
U.S. GOVERNMENTS "CONTROL POLITICS" 1993, 9/11/01, 10/01
ATTACKS ON THE USA - AND THE INTERNATIONAL PRISONS
FOR PROFIT DRUG RACKETEERING CONSPIRACY BY U.S.A.
GOVERNMENT.

IN THE FELONY JUDICIAL TYRANNY BY OUR U.S. COURTS
OF CORRUPTION YOU ARE VIOLATING MY RIGHT TO OBTAIN
JUDICIAL REVIEW OF THE LEGALITY OF MY KIDNAP
HOSTAGE CONFINEMENT AS THE 7TH CIR US JUDGES DO
BY 00-1647 SUSPENSION OF ALL CONSTITUTION RIGHTS TO ME

Harold E. McCoy

IN THE

DISTRICT OF COLUMBIA UNITED STATES DISTRICT COURT

DECEMBER 1, 2005    PROSECUTION COMPLAINT         PAPER FROM COURT
                    18 U.S.C. § 3232

HAROLD E. McCOY                    V    /s/ Robert L. Miller, Jr.
INDIANA KIDNAP-HOSTAGE VICTIM           Chief Judge
WITH SERIOUS INJURIES                   United States District Court
                                        ALLEN SHARP
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

**FELONY ACTS**
                                        SIGNATURE UNREADABLE - 11/21/05 ORDER
INTERSTATE KIDNAPPING                   JUDGE - DISTRICT OF COLUMBIA
  18 USC § 1201 SEC. 22                 UNITED STATES DISTRICT COURT
HOSTAGE - 18 USC § 1203
                                        MEADOWBROOK
RANSOM - 18 USC § 1202                  JUDGE
                                        7TH CIRCUIT U.S. COURT OF APPEALS
EXACTION/EXTORTION
  18 USC § 1951                         EVANS
DRUG RACKETEERING                       JUDGE
  18 USC § 1950 SUB C                   7TH CIRCUIT U.S. COURT OF APPEALS

DENIAL - ACCESS TO COURTS               RIPPLE
  1ST AMENDMENT                         JUDGE
                                        7TH CIRCUIT U.S. COURT OF APPEALS

U.S.C. ART. VI, SEC. 2 VIOLATIONS       LARRY J. McKINNEY
                                        JUDGE
NOTE: MY SUIT LISTS                     UNITED STATES DISTRICT COURT
MANY MORE FELONY ACTS
ANY VIOLATION OF CONSTITUTION           SARAH EVANS BARKER
                                        CHIEF JUDGE
IS A CLASS A FELONY                     UNITED STATES DISTRICT COURT
PERSON V OHIO
                                        DAVID F. HAMILTON

THESE U.S. JUDGES AND MORE ARE "PRINCIPAL" KIDNAPPERS UNDER 18 U.S.C. § 1201 - KIDNAPPING (SECTION 22)/18 U.S.C. § 1202 - RANSOM/18 USC § 1203 - HOSTAGE TO MURDER HAROLD E. McCOY CONSPIRACY.

HAROLD E. McCOY'S F.B.I.-Id. # 80920453 RECORDS CONFIRM THAT HIS CONFINEMENT IS ILLEGAL AS PART OF INDIANA'S OFFICIALS INTERSTATE ARMED KIDNAPPING OF HIM ON A 7 DAY FALSE CHARGE.

THIS U.S. COURT HAS JURISDICTION UNDER 18 U.S.C. § 3232 TO PROSECUTE "HIGH OFFICIALS" FOR VIOLATIONS OF FEDERAL LAWS.

IN CONSPIRACY THESE JUDGES DENIED ME MY RIGHT TO OBTAIN JUDICIAL REVIEW OF THE LEGALITY OF MY STATE KIDNAP-HOSTAGE CONFINEMENT - 14 U.S.C.A. - GOVT CODES § 844.6 (a), § 845.4, § 814

Harold E. McCoy

EXHIBIT C
05-35528

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HAROLD E. MCCOY, | ) **NO ACCESS TO COURTS FOR SEVERE INJURIES FROM (SR-STATE MURDER ATTEMPTS UNPROVOKED.** |
| Plaintiff | ) |
| v. | ) CAUSE NO. 3:04-CV-760 RM |
| R. MILLER, et al., | ) |
| **\* FALSIFICATION OF U.S. COURT RECORDS** Defendants | ) |

MEMORANDUM AND ORDER

Harold E. McCoy, a prisoner confined at the Indiana State Prison, submitted a complaint under 42 U.S.C. **§ 1983\*** and a petition and affidavit for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(b). In <u>Harold E. McCoy v. Charles B. Miller</u>, No. 00-1647, the United States Court of Appeals for the Seventh Circuit imposed a $500.00 fine on Mr. McCoy, and ordered that "until he pays that sum in full to the clerk of this court, clerks of all courts within this circuit will return, unfiled, **ANY PAPERS HE TENDERS IN CIVIL LITIGATION**." <u>McCoy v. Miller</u>, No. 00-1647 (7th Circuit. March 27, 2000) (emphasis added). Mr. McCoy has not paid the $500.00 fine, so the court **STRIKES** the plaintiff's complaint and all other papers he filed in this case, and **DIRECTS** the clerk to return all of the papers received in this case to Mr. McCoy along with a copy of this order.

SO ORDERED.

ENTERED: January 31, 2005

Robert L. Miller, Jr.
Chief Judge
United States District Court

**NOTICE**
**I FILED A 42 U.S.C. §1985(2),(3), §1986 CONSPIRACY ACTION - NOT §1983! No. 00-1647 WAS A HABEAUS CORPUS PETITION TO REVIEW PRISON SANCTIONS WITH NO OFFENSE BY ME.**

Harold E. McCoy