UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Harold E. McCoy, )
)
      Plaintiff, )
)
v. ) Civil Action No. 05-2293
)
I.D.O.C. Staff. *et al.*, )
)
      Defendants. )

ORDER

Plaintiff moves for reconsideration of the Order of November 28, 2005, transferring this case to the Northern District of Indiana. The motion presents no grounds for reversal. Accordingly, it is

ORDERED that plaintiff's motion for reconsideration [# 4] is DENIED.

_____
United States District Judge

Date: 1-6-06